UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FRANK MARTINES LAWRENCE                                                PLAINTIFF
#07934-20

V.                        No. 4:20-CV-1494-BRW-JTR

GLEASON, Duty Officer,
Pulaski County Regional Detention Facility, *et al.*                   DEFENDANTS

## **ORDER**

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections to the Recommended Disposition have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Plaintiff's Complaint is dismissed, without prejudice, for failure to state a claim upon which relief can be granted. The dismissal will count as a "strike" pursuant to 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 30th day of June, 2021.


                                            Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE